PD-0965-15

PD-0965-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/24/2015 10:12:39 PM
Accepted 7/28/2015 2:19:04 PM
ABEL ACOSTA
CLERK

**NO. 05-14-00634-CR**

_____

IN THE
TEXAS COURT OF CRIMINAL APPEALS

_____


**SOLOMON SOLOMON**,
*Appellant*,


V.


**THE STATE OF TEXAS**,
*Appellee*.

_

_____

MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

_____


TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Petitioner files this Motion for Extension of Time to File Appellant's Petition for Discretionary Review and in support shows the following:

1.  Court of Appeals for the 5th District of Texas issued its judgement on **June 10, 2015, affirming**.

2.  Appellant's Petition for Discretionary Review is **due on July 10, 2015**. Appellant requests an extension of time of *thirty days*, to **August 25, 2015**, to file its Brief.

3.  Petitioner relies on the following facts as a reasonable explanation for the requested extension of time. Pro se Petitioner, in addition to preparing a brief on the merits in this case must also devote time to the following additional matters: research.

Therefore, Petitioner prays that this Court grant this motion for extension of time.


Respectfully submitted,


_____/S/Solomon Solomon_____


Solomon Solomon
Pro Se
3406 Post Oak Road
Garland, TX 75044
214-736-4910

FILED IN
COURT OF CRIMINAL APPEALS

July 28, 2015

ABEL ACOSTA, CLERK

## CERTIFICATE OF SERVICE

I certify that this document was sent to appellee by and through the counsel of record on July 24, 2015, pursuant to the Texas Rules of Criminal and Appellate Procedure

_____/S/Solomon Solomon_____

Solomon Solomon
Pro Se
3406 Post Oak Road
Garland, TX 75044
214-736-4910